# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 6, 2007*

[Cite as *08/06/2007 Case Announcements,* 2007-Ohio-3963.]

## MOTION AND PROCEDURAL RULINGS

**2007–0683. In re Application of Holbrook.**
This cause came on for consideration upon the filing by Joel R. Rovito of a motion to withdraw as counsel for the applicant. Upon consideration thereof,
It is ordered by this court that the motion is granted.

**2007–1270. State v. Feathers.**
Portage App. No. 2005–P–0039, 2007-Ohio-3024. This cause is pending before the court as a discretionary appeal. Upon consideration of Erik M. Jones's motion to withdraw as counsel,
It is ordered by the court that the motion is granted.

**2007–1372. LaNeve v. Atlas Recycling, Inc.**
Trumbull App. No. 2006–T–0032, 2007-Ohio-2856. This cause is pending before the court on a notice of certified conflict.
It is ordered by the court, sua sponte, that this case is consolidated with 2007–1373, *LaNeve v. Atlas Recycling, Inc.,* Trumbull App. No. 2006–T–0032, 2007-Ohio-2856.

**2007–1373. LaNeve v. Atlas Recycling, Inc.**
Trumbull App. No. 2006–T–0032, 2007-Ohio-2856. This cause is pending before the court on a notice of certified conflict.
It is ordered by the court, sua sponte, that this case is consolidated with 2007–1372, *LaNeve v. Atlas Recycling, Inc.,* Trumbull App. No. 2006–T–0032, 2007-Ohio-2856.

## MISCELLANEOUS DISMISSALS

**2007–0537. State ex rel. Shanks v. Columbus Dept. of Pub. Safety, Div. of Fire.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–1213. State ex rel. Pitstick v. Indus. Comm.**
Franklin App. No. 06AP–857, 2007-Ohio-3286. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 7, 2007*

[Cite as *08/07/2007 Case Announcements,* 2007-Ohio-3988.]